OLF 7 (Official Local Form 7)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re Jeffrey A Fuccillo
aka Albert Jeffrey Fuccillo

Case No. 19-41658

Chapter 13

Debtor

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] __D. Anthony Sottile__ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my __Notice of Mortgage Payment Change__ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 4/28/2021

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed:_____
(Attorney for Affiant - /s/used by Registered ECF Users Only)

**Fill in this information to identify the case:**

Debtor 1: Jeffrey A Fuccillo; aka Albert Jeffrey Fuccillo

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Massachusetts

Case number: 19-41658

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

Court claim no. (if known): 5-1

Last 4 digits of any number you use to identify the debtor's account: 8 7 0 2

Date of payment change: Must be at least 21 days after date of this notice: 06/01/2021

New total payment: $ 1,298.09
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 324.07    New escrow payment: $ 484.92

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1 **Jeffrey A Fuccillo**
First Name   Middle Name   Last Name

Case number (if known) **19-41658**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _[signature]_

Date **04/28/2021**

Print: **D. Anthony Sottile**
First Name   Middle Name   Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number   Street

**Loveland**   **OH**   **45140**
City   State   ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

Official Form 410S1   Notice of Mortgage Payment Change   page 2



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

JEFFREY A FUCCILLO
C/O ROBERT W KOVACS JR
131 LINCOLN ST
WORCESTER MA 01605

Analysis Date: April 02, 2021                                                                                                   Final
Property Address: 70 BRUCE ROAD  MARLBOROUGH, MA 01752                                                                    Loan:

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2020 to May 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2021: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 813.17 | 813.17 | | Due Date: | Jan 01, 2021 |
| Escrow Payment: | 324.07 | 484.92 | | Escrow Balance: | 0.00 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 1,620.35 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 1,386.13 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $234.22 |
| Total Payment: | $1,137.24 | $1,298.09 | | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (11,804.02) |
| Oct 2020 | | 905.00 | | * | | 0.00 | (10,899.02) |
| Oct 2020 | | 452.50 | | * | | 0.00 | (10,446.52) |
| Oct 2020 | | | | 965.45 * | City/Town Tax | 0.00 | (11,411.97) |
| Dec 2020 | | 905.00 | | * | | 0.00 | (10,506.97) |
| Jan 2021 | | 452.50 | | * | | 0.00 | (10,054.47) |
| Jan 2021 | | 452.50 | | * | | 0.00 | (9,601.97) |
| Jan 2021 | | | | 938.95 * | City/Town Tax | 0.00 | (10,540.92) |
| Jan 2021 | | | | 908.01 * | Sewer/Water Lien | 0.00 | (11,448.93) |
| Feb 2021 | | 11,448.93 | | * | Escrow Only Payment | 0.00 | 0.00 |
| | | | | | Anticipated Transactions | 0.00 | 0.00 |
| Apr 2021 | | 1,296.28 | | | | | 1,296.28 |
| May 2021 | | 324.07 | | 1,386.13 | City/Town Tax | | 234.22 |
| | $0.00 | $16,236.78 | $0.00 | $4,198.54 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Page 1

Analysis Date: April 02, 2021                                                                                                               Final
Borrower: JEFFREY A FUCCILLO                                                                                                          Loan: 

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 234.22 | 1,178.21 |
| Jun 2021 | 406.25 | 619.00 | Homeowners Policy | 21.47 | 965.46 |
| Jul 2021 | 406.25 | | | 427.72 | 1,371.71 |
| Aug 2021 | 406.25 | 965.46 | City/Town Tax | (131.49) | 812.50 |
| Sep 2021 | 406.25 | | | 274.76 | 1,218.75 |
| Oct 2021 | 406.25 | | | 681.01 | 1,625.00 |
| Nov 2021 | 406.25 | 965.45 | City/Town Tax | 121.81 | 1,065.80 |
| Dec 2021 | 406.25 | | | 528.06 | 1,472.05 |
| Jan 2022 | 406.25 | | | 934.31 | 1,878.30 |
| Feb 2022 | 406.25 | 938.95 | City/Town Tax | 401.61 | 1,345.60 |
| Mar 2022 | 406.25 | | | 807.86 | 1,751.85 |
| Apr 2022 | 406.25 | | | 1,214.11 | 2,158.10 |
| May 2022 | 406.25 | 1,386.13 | City/Town Tax | 234.23 | 1,178.22 |
| | $4,875.00 | $4,874.99 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 812.50. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 812.50 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 234.22. Your starting balance (escrow balance required) according to this analysis should be $1,178.21. This means you have a shortage of 943.99. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 4,874.99. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 2

Analysis Date: April 02, 2021  
Borrower: JEFFREY A FUCCILLO

Final  
Loan: ▓▓▓▓

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 406.25 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 78.67 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $484.92 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $1,219.42 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

\* **Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-41658 |
| Jeffrey A Fuccillo<br>*aka* Albert Jeffrey Fuccillo | Chapter 13 |
| Debtors. | Chief Judge Christopher J. Panos |

## CERTIFICATE OF SERVICE

I certify that on April 28, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Robert W Kovacs, Jr, Debtor's Counsel
    bknotices@rkovacslaw.com

    Denise M. Pappalardo, Chapter 13 Trustee
    denisepappalardo@ch13worc.com

    Richard King, Assistant United States Trustee
    ustpregion01.wo.ecf@usdoj.gov

I further certify that on April 28, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jeffrey A Fuccillo, Debtor
    70 Bruce Rd
    Marlborough, MA 01752

Dated: April 28, 2021

                                            D. Anthony Sottile
                                            Authorized Agent for Creditor
                                            Sottile & Barile, LLC
                                            394 Wards Corner Road, Suite 180
                                            Loveland, OH 45140
                                            Phone: 513.444.4100
                                            Email: bankruptcy@sottileandbarile.com